UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN WILLIAM WALLACE,<br><br>           Petitioner,<br><br>     vs.<br><br>STATE OF WASHINGTON,<br><br>           Respondent. | NO.  CV-12-5060-EFS<br><br>**ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING PETITION WITHOUT PREJUDICE** |

By Order filed May 15, 2012, the Court instructed Petitioner John William Wallace to either pay the $5.00 filing fee for this action or to complete and file an Application to Proceed without Prepayment of Fees and Affidavit within twenty-one days. ECF No. 2. Specifically, the Court directed Petitioner to have the "Certificate" section completed by an Authorized Officer of the jail. The application received on May 31, 2012, did not comply with these directives.

On June 7, 2012, the Court received Petitioner's document titled "Writ of Pauperis." ECF No. 5. This document does not cure Petitioner's failure to pay the filing fee or submit a completed *in forma pauperis* application. Accordingly, **IT IS ORDERED** the application to proceed *in forma pauperis* is **DENIED** and the petition is **DISMISSED**

ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING PETITION WITHOUT PREJUDICE -- 1

**without prejudice** for failure to comply with Rule 3(a), Rules Governing Section 2254 Cases in the United States District Courts.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, and forward copies to Petitioner. The Court further certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

**DATED** this  12th  day of June 2012.

                    S/ Edward F. Shea
                    EDWARD F. SHEA
                United States District Judge

Q:\Civil\2012\prisoner12cv5060efs-6-8-denyifp-dishc.wpd

ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING PETITION WITHOUT PREJUDICE -- 2