AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOHN WILLIAM WALLACE,

                    Petitioner,

                    v.

STATE OF WASHINGTON,

                    Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-5060-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the petition is DISMISSED without prejudice for failure to comply with Rule 3(a), Rules Governing Section 2254 Cases in the United States District Courts.

| | |
|---|---|
| June 12, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Sheila Parpolia |
| | *(By) Deputy Clerk* |
| | Sheila Parpolia |